IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHEN JONATHAN MILLER,        )
AIS #271874,                    )
                                )
            Plaintiff,          )
                                )
      v.                        )     CIVIL ACTION NO. 2:11-CV-476-TMH
                                )                  [WO]
                                )
KIM TOBIAS THOMAS, et al.,      )
                                )
            Defendants.         )

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 21st day of October, 2011.

/s/ Truman M. Hobbs
_____

UNITED STATES DISTRICT JUDGE