IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN JONATHAN MILLER, <br> AIS #271874, <br><br> Plaintiff, <br><br> v. <br><br> KIM TOBIAS THOMAS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:11-CV-476-TMH <br> ) [WO] <br> ) <br> ) <br> ) <br> ) |

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 21st day of October, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE